# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

2015 JAN 20 PM 12:28

DISTRICT OF UTAH
MAIL

| | |
|---|---|
| In re: <u>Daniel F. Garrido</u><br><br>Debtor(s). | Bankruptcy Case No. <u>10-36665</u><br><br>Chapter <u>13</u><br><br>Hon. Joel T. Marker |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS
## AND NOTICE OF OBJECTION DEADLINE

The undersigned, under penalty of perjury under the laws of the United States of America, declare that the following statements and information are true and correct:

1. <u>Tanisia Murrell on behalf of Capital One Auto Finance</u> (Applicant) applies to this Court, pursuant to 28 U.S.C. § 2042 for entry of an order directing the Clerk of this Court to remit to Applicant the sum of <u>$3,883.30</u> due to Applicant.

2. Please select from the following:

   x Applicant is an employee of the Claimant Corporation named in the trustee's unclaimed funds report filed in this case; or

   ☐ Applicant is the holder of a valid assignment of a claim listed in the trustee's unclaimed funds report and appropriate documentation substantiating the assignment of the original claim [ e.g., a notarized acknowledgment of assignment] is attached hereto; or

   ☐ The original claimant named in the trustee's unclaimed funds report filed in this case is deceased, and Applicant is a person authorized to act on behalf of the estate



of the original claimant and appropriate documentation substantiating Claimant's authority [e.g., certified copies of all probate documents including a copy of the death certificate and appointment of executor] is attached.

3. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the Claimant is entitled to submit an application for the payment of this claim.

4. Claimant has provided notice to the United States Attorney for the District of Utah of this Application pursuant to 28 U.S.C. §2042 and a certificate of mailing is attached to this Application.

5. A photocopy of government issued photo identification of Applicant showing Applicant's signature [e.g., driver's license or passport] is attached. If name of the Applicant is different from the name of the original claimant due to marriage, divorce, etc., appropriate documentation [e.g. certified copy of divorce decree, marriage license] is attached.

6. I understand that, pursuant to 18 U.S.C. §§152 and 3571, I will be fined not more than $500,000, or imprisoned not more than five years or both, if I have knowingly and fraudulently made any false statements in this document.

**NOTICE OF RESPONSE TIME**

Any party in interest who objects to the relief sought in this Application must, within twenty-one (21) days of the mailing of this Application, serve and file an objection or other appropriate response to this Application with the Bankruptcy Court Clerk's Office 350 South Main Street, 3rd Floor, Salt Lake City, UT 84101.

1/12/15
Date

Tanisia Murrell on behalf of Capital One Auto Finance
Printed Name of Individual

*Tanisia Murrell* (signature)
Signature of Individual

301 West 11th Street, 4th Floor
Street Address

Wilmington, DE 19801
City, State, and Zip Code

72-0210640
Last Four Digits of SSN or full Tax ID Number if Claimant is a business

302.574.9129; tanisia.murrell@capitalone.com
Telephone Number and Email Address

**STATE OF Delaware** )
**COUNTY OF** New Castle ) :SS

The foregoing instrument was subscribed and sworn to and acknowledged before me this 12th day of January, 2015.

My Commission Expires: December 17, 2015
(Notary Public)

KHANSA MONIQUE BURBAGE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 17, 2015

# CERTIFICATE OF MAILING

I hereby certify that on ___Jan 12, 2015___ (date), I mailed a true and accurate copy of the foregoing Application for Payment of Unclaimed Funds via regular U.S. mail, postage prepaid upon the following:

Office of the United States Attorney
District of Utah
185 South State Street, Suite 300
Salt Lake City, UT 84111

United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Chapter 13 Trustee
(Name and Address of trustee)

Kevin R. Anderson

405 South Main Street; Ste. 600

Salt Lake City, UT 84111

Debtor (s)
(Name and Address)

Daniel F. Garrido

778 East Country Road

Fruit Heights, UT 84037

Original Claimant
(If Applicable – Insert Name and Address)

Debtor's Attorney
(Name and Address)

William P. Morrison

Morrison Law Office, Inc.

352 East 900 South

Salt Lake City, UT 84111

Dated: ___1/12/15___

___Tanisia Murrell___
Tanisia Murrell on behalf of Capital One Auto Finance

Signature of Individual