**United States Bankruptcy Court**
District of Utah
Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

Deneen Nunn                                                                                       Telephone:
Financial Department                                                                         801-524-6682

January 26, 2015

Tanisia Murrell
Capital One Auto Finance
301 West 11th Street, 4th Floor
Wilmington, DE 19801

Re: **Unclaimed Funds Applications**

To Whom it May Concern:

I am in receipt of your requests for unclaimed funds in the District of Utah. In order to process your request, please provide the following to the court:

- An unredacted, current drivers license in all cases. You can black out all of your drivers license **number** except for the last four (4) digits. The rest of the information must be readable. You may also choose to provide copies of your current passport. For your privacy this document will be handled in a way that the public will not have access to it.

- In case # 11-34858 we need proof of the merger of Capital One Auto Finance and Capital One N.A.

- In case # 04-29064 we need proof that Onyx Acceptance Corporation is wholly owned by Capital One.

- In case # 10-28479 we need proof of the merger of Capital One Auto Finance and Capital One N.A.

- In case # 10-36665 we need proof of the merger of Capital One Auto Finance and Capital One N.A.

- In case # 08-27049 we need proof of the merger of Capital One Auto Finance and Capital One N.A.

- In case # 09-24907 we need proof of the merger of Capital One Auto Finance and Capital One N.A.

- In case # 12-32711 we need proof of the merger of Capital One Auto Finance and Capital One N.A.

- In case # 09-33403 we need proof of the merger of Capital One Auto Finance and Capital One N.A.

Please provide these documents by February 27, 2015.

**Please send the above items to the following address:**

U.S. Bankruptcy Court
Attn: Deneen Nunn
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

Deneen Nunn
Financial Department