UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
Daniel F. Garrido

Case No: 10-36665
Chapter 13

Debtor(s)

**ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

It appearing that the check made payable to Zenith Acquisition, in the amount of $799.72 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C. §347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Resurgent Capital Services LP C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $799.72,
to:    Resurgent Capital Services LP
       C/o Dilks & Knopik, LLC
       35308 SE Center St
       Snoqualmie, WA 98065.

---------------------------------------- END OF ORDER ----------------------------------------

