**This order is SIGNED.**



Dated: July 29, 2015

JOEL T. MARKER
U.S. Bankruptcy Judge

---

| In re: Daniel F. Garrido | Bankruptcy Case No. 10-36665 |
|---|---|
| Debtor(s). | Chapter 13 |
|  | Hon. Joel T. Marker |

### ORDER GRANTING APPLICATION FOR PAYMENT OF

### UNCLAIMED FUNDS

It appearing that the check made payable to Capital One Auto Finance in the amount of $3,883.30 was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that Capital One Auto Finance (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $3,883.30 to Capital One Auto Finance c/o Tanisia Murrell

-------------------------END OR ORDER-------------------------

## SECRETARY'S CERTIFICATE

I, Kelly A. Ledman, as Assistant Secretary of Capital One, National Association, do hereby certify that, Capital One Auto Finance, Inc., a Texas corporation, merged with and into Capital One, National Association effective April 1, 2011.

Date: November 12, 2013          CAPITAL ONE, NATIONAL ASSOCIATION

                                 By: *Kelly A. Ledman*
                                     Kelly A. Ledman
                                     Assistant Secretary